UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE T. SMITH,

    Plaintiff,

v.

INVESTIGATOR AND ALL THE REST
HINDER VIEW et al.,

    Defendants.
_____/

Case No.: 1:08-cv-335

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #7).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.  Therefore,

**IT IS ORDERED** that Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (Dkt. #5) is **DISMISSED as moot.**

Dated: June 16, 2008

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge